UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CYNTHIA FAYE GARCIA,

Plaintiff,

v.

WALMART, INC.,

Defendant.

Case No. 2:25-cv-03678-DAD-CKD (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 5)

Plaintiff initiated this civil action by filing a complaint on December 22, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On May 21, 2026, the assigned magistrate judge screened plaintiff's complaint and determined it to be deficient because plaintiff did not assert any federal claims against the named defendant, diversity of citizenship between the parties was not established by its allegations, and plaintiff had failed to plead the elements of the claims she appeared to be attempting to bring. (Doc. No. 4 at 2–4.) Accordingly, the magistrate judge directed plaintiff to file an amended complaint within thirty (30) days of the service of that order curing the noted pleading deficiencies and warned plaintiff that her failure to do so would result in a recommendation that this action be dismissed. (*Id.* at 3–4.) Although plaintiff was served with that order she did not file an amended complaint within the time provided nor did she otherwise communicate with the

court. Accordingly, on July 2, 2025, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute this action. (Doc. No. 5.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) Plaintiff has not filed any objections to those findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The July 2, 2026 findings and recommendations (Doc. No. 5) are ADOPTED IN FULL;
2. This action is dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE